Wyatt ROGERS v. STATE. (No. 11734.) Court of Criminal Appeals of Texas. June 20, 1928. Rehearing Denied Oct. 17, 1928.

S. H. Sanders, of Center, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The offense is unlawfully transporting intoxicating liquor; punishment fixed at confinement in the penitentiary for one year. There are no legal questions raised by bills of exceptions or otherwise. A statement of the facts is at hand, and, while the evidence is meager, it is deemed sufficient to support the verdict. The judgment is affirmed.

---

A. B. ROSSER v. STATE. (No. 12073.) Court of Criminal Appeals of Texas. Oct. 10, 1928.

A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is unlawfully carrying a pistol; the punishment, a fine of $100. No notice of appeal appears in the record. This court is without jurisdiction, in the absence of proper notice of appeal. The appeal is dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

Forrest SHERMAN v. STATE. (No. 11851.) Court of Criminal Appeals of Texas. June 13, 1928. Rehearing Denied Oct 17, 1928.

Fitzgerald & Grundy, of Memphis, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. Conviction is for unlawfully carrying metal knuckles, punishment being a fine of $100. The record is before this court without statement of facts or bills of exception. In such condition, nothing is presented for review. The judgment is affirmed.

---

O. L. SIMS v. STATE. (No. 12157.) Court of Criminal Appeals of Texas. Oct. 10, 1928.

L. H. Welch, of Breckenridge, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Appellant in proper form files motion asking for the dismissal of his appeal

and issuance of mandate. Motion granted, and appeal dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

O. L. SIMS v. STATE (two cases). (Nos. 12156, 12158.) Court of Criminal Appeals of Texas. Oct. 10, 1928.

A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is theft of property over the value of $50; the punishment, confinement in the penitentiary for two years. Upon the written request of appellant, duly verified by his affidavit, the appeal is ordered dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

Marion SMITH, alias Marion Morrow, v. STATE. (No. 12116.) Court of Criminal Appeals of Texas. Oct. 17, 1928.

Wyatt J. Baldwin, of Paris, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, rape; punishment, five years in the penitentiary. We find in the record neither bills of exception nor statement of facts. Nothing being presented for review, the judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

Emmett SPANN v. STATE. (No. 11938.) Court of Criminal Appeals of Texas. June 6, 1928. Rehearing Denied Oct 17, 1928.

W. C. Shoults, of Longview, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. Conviction is for selling intoxicating liquor, punishment being one year in the penitentiary. The record contains neither statement of facts nor bills of exception. In such condition, nothing is presented for review. The judgment is affirmed.